IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JEROMY WOODS,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 4:15-cv-04210-SLD-JEH |

### Order

The Plaintiff, Jeromy Woods, filed an Amended Motion for Substitution of Parties (Doc. 7) on February 5, 2016 in which his counsel requested that Nicole Woods be substituted as Plaintiff-Appellant in this case. The Plaintiff's original Motion for Substitution of Parties (Doc. 4) was denied after the Commissioner filed a Response (Doc. 6) opposing Nicole's substitution on behalf of only one of Jeromy's two surviving children absent additional information about whether Nicole was a widow rather than a surviving divorced spouse. In her Response (Doc. 9) to the Plaintiff's Amended Motion, the Commissioner again opposes Nicole's substitution because the additional evidence counsel provided does not establish that Nicole was married to Jeromy at the time of his death and has priority pursuant to 20 C.F.R. § 404.503(b). *See* 20 C.F.R. § 404.503(b)(1)-(7) (providing in relevant part that any remaining underpayment following the claimant's death before receiving payment or negotiating a check or checks representing such payment will be made to the living person or persons in the highest order or priority as set forth therein).

The Court agrees with the Commissioner. The Plaintiff's self-styled "affidavit" in support of the Amended Motion does not contain an affidavit or a comparable document, such as a declaration pursuant to 28 U.S.C. § 1746. *See* 28 U.S.C. § 1746 (setting forth the form necessary for an unsworn declaration, certificate, verification, or statement to have like force and effect as that of a sworn declaration, verification, certificate, statement, oath, or affidavit). The documents counsel attached to the Amended Motion included: 1) an ambiguous printout from a website; and 2) a proposed order that is not signed or dated by the state circuit court. Ultimately, the Plaintiff has still not sufficiently established that Nicole was married to Jeromy at the time of his death.

The Plaintiff's Amended Motion for Substitution of Parties (Doc. 7) is DENIED.

*It is so ordered.*

Entered on March 16, 2016.

<u>s/Jonathan E. Hawley</u>
U.S. MAGISTRATE JUDGE